**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|     Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00741-JRG |
| v. | § | LEAD CASE |
| | § | |
| ADP, LLC, | § | |
| SALESFORCE.COM, INC., | § | Case No. 2:16-cv-00744-JRG |
|     Defendants. | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF
<u>ALL CLAIMS BY UNILOC AGAINST SALESFORCE.COM, INC.</u>**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Salesforce, filed by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. ("Uniloc") and Defendant salesforce.com, inc. ("Salesforce"). The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against Salesforce are dismissed with prejudice.

2. Uniloc and Salesforce shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Salesforce is hereby DENIED AS MOOT.

**So ORDERED and SIGNED this 10th day of January, 2017.**

                                                    RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE